

# EXHIBIT F

